

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DACHKA SOUFFRANT

                              Plaintiff,

        -against-

CITY OF NEW YORK, and THE POLICE
DEPARTMENT OF THE CITY OF NEW YORK; DET.
TERESA LETO, whose shield number is 126; P.O.
AUGUSTO TAVERNIER, whose shield number is
17247; JOHN DOE and RICHARD ROE, and others,
whose true names and shield numbers are presently
unknown,

                              Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

01 CV 1760 (FB)(KAM)

------------------------------------------------------------------x

        **WHEREAS**, plaintiff commenced this action by filing a complaint on or about March 21, 2001, alleging that her constitutional and common law rights were violated; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2. The City of New York hereby agrees to pay plaintiff the sum of $150,000 (One Hundred and Fifty Thousand Dollars) in full satisfaction of all claims, including claims for

costs, expenses and attorneys fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants and to release defendants and any present or former employees or agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys fees.

3. Plaintiff shall execute and deliver to the City's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
May 2, 2005

Michael Warren, Esq.
*Attorney for Plaintiff*
580 Washington Avenue
Brooklyn, NY 11238

By: _____
MICHAEL WARREN (MW 1187)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 788-9391

By: _____
ALISON GUGEL (AG3698)
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.  5/31/05



| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Alison E. Gugel**<br>*Assistant Corporation Counsel*<br>Special Federal Litigation Division<br>Tel: (212) 788-9391<br>Fax: (212) 788-9776 |

May 27, 2005

**VIA HAND DELIVERY**
Honorable Frederic Block
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Dachka Souffrant v. City of New York et al.*, 01 CV 1760 (FB)(KAM)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York representing defendants in this action. The parties have agreed to settle the case. Accordingly please find enclosed herewith a fully executed Stipulation and Order of Settlement and Dismissal for Your Honor's approval.

    Thank you for your consideration.

Respectfully submitted,

Alison Gugel (AG3698)
Assistant Corporation Counsel
Special Federal Litigation Division

Enc.

cc:  Michael W. Warren, Esq. **(via facsimile w/enc.)**
*Attorney for Plaintiff*
580 Washington Avenue
Brooklyn, NY 11238
Facsimile No.: 718-230-5145

Honorable Kiyo A. Matsumoto **(via hand delivery w/o enc.)**
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201